IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv287

| | | |
|---|---|---|
| **SEVERIANO REYES HERNANDEZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES CITIZENSHIP** | ) | |
| **AND IMMIGRATION SERVICES;** | ) | |
| **and RICHARD GOTTLIEB, Charlotte** | ) | |
| **Field Office Director, United States** | ) | |
| **Citizenship and Immigration Services,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic review of the docket. Such review reveals that while petitioner has complied with this court's Order required payment of the filing fee, no action has been taken by plaintiff, through counsel, to move for the appointment of a guardian *ad litem*. Further, it does not appear that counsel has requested the issuance of summonses. Inasmuch as this action involves important rights, the court will set this matter on for a status hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a status conference is calendared for January 28, 2011, at 10:30 a.m. in Courtroom #2 in Asheville.

Signed: January 6, 2011

Dennis L. Howell
United States Magistrate Judge